IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KOLE HOFFERBER,<br><br>Defendant. | CR 22-77-BLG-SPW-2<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 74) on October 25, 2023,

IT IS HEREBY ORDERED that the trial set for November 6, 2023 is **VACATED as to Defendant Hofferber only**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Tuesday, November 7, 2023 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between October 25, 2023 and November 7, 2023 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

DATED this 25th day of October, 2023.

_____
SUSAN P. WATTERS
U.S. DISTRICT JUDGE