IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KOLE HOFFERBER,<br><br>Defendant. | CR 22-77-BLG-SPW-2<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for Tuesday, November 7, 2023 at 1:30 p.m. is **VACATED** and **RESET** for **Tuesday, November 7, 2023 at 2:30 p.m.** changing the time of the hearing only, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of October, 2023.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1